Anthony **CRUTCHER**, Petitioner— Appellant,

v.

Sylvia **GARCIA**, Warden, Respondent— Appellee.

No. 03–56708.

D.C. No. CV–02–7502–DDP.

United States Court of Appeals, Ninth Circuit.

Submitted May 9, 2005.\*

Decided May 13, 2005.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

contention lacks merit because unlike the petitioner in *Ramirez*, Crutcher had a prior criminal history that involved violence. We reject Crutcher's argument that tying up a victim in the commission of a burglary is comparable to the events described in *Ramirez*. *See id.; see also Rios v. Garcia*, 390 F.3d 1082, 1086 (9th Cir.2004).

**AFFIRMED.**

Kenneth M. Stern, Woodland Hills, CA, for Petitioner–Appellant.

Anthony Crutcher, Corcoran State Prison, Corcoran, CA, pro se.

Kimara A. Aarons, Deputy Atty. Gen., AGCA—Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before CANBY, O'SCANNLAIN, and THOMAS, Circuit Judges.

### MEMORANDUM**

Anthony Crutcher appeals the denial of his habeas corpus petition brought under 28 U.S.C. § 2254. He contends that his "three strikes" sentence of 25 years to life imprisonment violates the Eighth Amendment because, like the petitioner in *Ramirez v. Castro*, 365 F.3d 755 (9th Cir. 2004), he was convicted of a non-violent theft offense that could have been charged as a misdemeanor. *See id.* at 768. This

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

